1

2

3

4

Name: Fernando Gastelum
Address: 209 W. 9th Street
Casa Grande, AZ 85122
Telephone Number: 520-560-0927
Email: fernandog8899@gmail.com
*Pro se*

FILED

JAN 21 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

5

6

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

7

8

9

10

11

12

13

Case No.: 1:23-cv-472-JLT-SKO

FERNANDO GASTELUM,

                    Plaintiff,

vs.

HIE RIVER PARK LLC, dba Holiday
Inn Express Freson Riverpark,

                    Defendant.

**NOTICE OF DISMISSAL WITH
PREJUDICE**

14

15

16

17

PLEASE TAKE NOTICE that Plaintiff dismisses the above cause with prejudice.

RESPECTFULLY SUBMITTED (MAILED) to the District Court this 17th day of
January, 2025.

18

19

_____
Fernando Gastelum

20

21

22

23

24

25

26

27

28