# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FERNANDO GASTELUM**<br><br>Plaintiff,<br><br>v.<br><br>**HIE RIVER PARK LLC,** dba Holiday Inn Express Fresno Riverpark<br><br>Defendant. | No.  1:23-cv-00472-JLT-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 26) |

On January 21, 2025, Plaintiff filed a "Notice of Dismissal with Prejudice," notifying the Court that this case is voluntarily dismissed. (Doc. 6.)  Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment.  As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:  __**January 22, 2025**__                    ____/s/ _Sheila K. Oberto_____
                                                    UNITED STATES MAGISTRATE JUDGE